UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHARLES A. TROUPE, | ) | CASE NO. 1:08 CV 1108 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| WILLIAM D. MASON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case,

it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. §1915A.  Further, the

court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be

taken in good faith.

DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2008